UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br> v. <br><br> APPROXIMATELY $37,000.00 IN U.S. CURRENCY, <br><br> Defendant. | 1:04-CV-06572-AWI-SMS <br><br> ORDER DIRECTING THE FILING BY PLAINTIFF OF A SUPPLEMENTAL BRIEF ON MOTION FOR DEFAULT JUDGMENT NO LATER THAN OCTOBER 5, 2005 |

　　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303. Pending before the Court is Plaintiff's motion for default judgment, which is set for hearing on October 14, 2005.

　　　An application for a default judgment qualifies as a motion pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 1-101(19), and it should include briefs pursuant to Local Rule 78-230(b). Thus, when seeking a default judgment, a plaintiff should provide the Court with points and authorities containing citations to authority required in order for the Magistrate Judge to make complete findings and recommendations. It is the party's burden

1

1 to demonstrate to the Court that under the pertinent law, the
2 Plaintiff's claims, as alleged, are legally sufficient and that
3 the Plaintiff is entitled to the relief sought.
4     A default judgment generally bars the defaulting party from
5 disputing the facts alleged in the complaint, but the defaulting
6 party may argue that the facts as alleged do not state a claim.
7 <u>Alan Neuman Productions, Inc. v. Albright</u>, 862 F.2d 1388, 1392.
8 Thus, well pleaded factual allegations, except as to damages, are
9 taken as true; however, necessary facts not contained in the
10 pleadings, and claims which are legally insufficient, are not
11 established by default. <u>Cripps v. Life Ins. Co. of North America</u>,
12 980 F.2d 1261, 1267 (9th Cir. 1992); <u>TeleVideo Systems, Inc. v.</u>
13 <u>Heidenthal</u>, 826 F.2d 915, 917 (9th Cir. 1987).
14     Because claims that are legally insufficient are not
15 established by a party's default, a court in considering an
16 application for default judgment must determine whether the
17 claims upon which a plaintiff seeks a default judgment are
18 legally sufficient. When seeking a default judgment, a plaintiff
19 should provide the Court with points and authorities containing
20 citations to authority showing that the claim or claims stated in
21 the complaint include allegations of fact establishing all the
22 necessary elements required for entitlement to relief. It is the
23 party's burden to demonstrate to the Court that under the
24 pertinent law, the Plaintiff's claims, as alleged, are legally
25 sufficient.
26 ///
27 //
28 /

1  Review of the Plaintiff's ex parte application for default
2 judgment shows Plaintiff has not submitted points and authorities
3 and accompanying analysis showing the legal sufficiency of the
4 claim or claims as stated in the complaint.
5  Plaintiff MAY FILE a supplemental brief to correct this
6 deficiency no later than October 5, 2005.
7 IT IS SO ORDERED.

8 **Dated:   August 24, 2005**              /s/ Sandra M. Snyder
  icido3                                 UNITED STATES MAGISTRATE JUDGE