McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 O Street
Fresno, California 93721
Telephone: (559) 498-7440

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:04-CV-06572 AWI SMS |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMENDATIONS |
| v. | |
| APPROXIMATELY $37,000.00 IN U.S. CURRENCY, | ORDER DIRECTING THE CLERK OF THE COURT TO ENTER DEFAULT JUDGMENT OF FORFEITURE AND FINAL JUDGMENT OF FORFEITURE |
| Defendant. | |

This matter came on for hearing on October 14, 2005, before the Honorable Magistrate Judge Sandra M. Snyder, on plaintiff United States' motion for default judgment. Assistant U.S. Attorney Kristi C. Kapetan appeared for plaintiff United States. There was no appearance by or on behalf of any other person or entity claiming an interest in defendant currency to oppose plaintiff's motion.

On October 19, 2005, the Magistrate Judge entered Findings and Recommendations that recommended that Plaintiff's motion for default judgment be granted. No party has filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the Findings and Recommendations

to be supported by the record and by proper analysis.  Therefore, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Findings and Recommendations are adopted in full.

2. Pam Nunthatee, Lamai Nunthatee, and Mahesak Nunthatee are held in default.

3. The Clerk of the Court is DIRECTED to enter a judgment by default against any right, title or interest in the defendant currency of Pam Nunthatee, Lamai Nunthatee, and Mahesak Nunthatee.

4. The Clerk of the Court is DIRECTED to enter final judgment forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law, including all right, title and interest of Pam Nunthatee, Lamai Nunthatee, and Mahesak Nunthatee.

5. All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:    November 29, 2005**                            **/s/ Anthony W. Ishii**
0m8i78                                                               UNITED STATES DISTRICT JUDGE

2